UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AHMAD MOHAMMAD AJAJ,

                    Movant,

-against-                                                     16-cv-5031 (LAK)
                                                              (93-cr-180 (LAK))

UNITED STATES OF AMERICA,

                    Respondent.

------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        On August 24, 2020, the Court extended movant's time within which to file a pro se reply in support of his 2255 motion to and including September 23, 2020.[1] No pro se reply has been filed. Accordingly, the Section 2255 motion is taken under submission, and no additional papers will be considered.

        SO ORDERED.

Dated:     September 29, 2020

                                                                 Lewis A. Kaplan
                                                           United States District Judge

---

[1] That order is DI 978 in the criminal case docket, which was endorsed on the first page of movant's motion for an extension, the entirety is which is DI 980.