UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AHMAD MOHAMMED AJAJ,

                Movant,

        -against-

                                                    16-cv-5031 (LAK)
                                                    (93-cr-0180 (LAK))
UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------x

          USDC SDNY
          DOCUMENT
          ELECTRONICALLY FILED
          DOC #: _____
          DATE FILED: 8/29/25

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Movant's motion for reconsideration (16-cv-5031 Dkt 38) is denied. A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. § 1915(a)(3).

        SO ORDERED.

Dated:       August 29, 2025

                                                    /s/     Lewis A. Kaplan
                                                           _____
                                                                     Lewis A. Kaplan
                                                              United States District Judge